Manuel D. Serpa, Calif. Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 940-0311
Email:  manuel.serpa@binderlawfirm.com

Attorneys for Plaintiff Sharon Stephenson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON STEPHENSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No. SA CV 14-36-PLA<br><br>**ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND TWO dollars and 22/CENTS ($4,002.22), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED dollars and 00/CENTS ($400.00), subject to the

terms of the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's counsel.

Dated:  November 7, 2014

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

2